# IN THE SUPREME COURT OF THE STATE OF NEVADA

WHITE WINSTON SELECT ASSET FUNDS, LLC; WHITE WINSTON SELECT ASSED FUND SERIES FUND MP-18, LLC; AND BRENT BAKER,
                              Appellants,
vs.
MUSCLEPHARM CORPORATION; RYAN DREXLER; BRIAN CASUTTO; WILLIAM BUSH; AND JOHN DESMOND,
                              Respondents.

No. 77202

FILED

OCT 2 1 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. James Todd Russell, District Judge
      Lansford W. Levitt, Settlement Judge
      Ballard Spahr LLP/Las Vegas
      Kaempfer Crowell/Reno
      Brownstein Hyatt Farber Schreck, LLP/Reno
      Kasowitz Benson Torres LLP
      Allison MacKenzie, Ltd.
      Brownstein Hyatt Farber Schreck, LLP/Las Vegas
      Carson City Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-43500